FILED
03/09/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# COMPLAINT FORM

(for filers who are prisoners without lawyers)

(revised 4/19/2022)

IN THE UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF Indiana

Michael Andrew Scuteri
   Plaintiff,

2:23-cv-00110-JMS-MKK

v

Warren County Probation Agent Amanda K. Burton
Warren County Prsecuting Attorney John A. Larson
Warren County Sheriff's Deputy Greg Grimmet
Arson Investigator Jeffrey A. Ramey II
James Collins
Caleb Claybaugh
Tatianna M. Peterson

Case Number: To be assigned

A. PARTIES

The plaintiff is a citizen of Indiana, and is located at the Putnamville Correctional Facility, 1946 West US Hwy 40, Greencastle, IN 46135.

Defendant 1 is Warren County Sheriff's Deputy Greg Grimmet of the Warren County Sheriff's Department.
29 East 2nd Street
Williamsport, IN 47993

Defendant 2 is Arson Investigator Jeffrey A. Ramey II of the Indiana Department of Homeland Security.
302 West Washington Street, Room E208
Indianapolis, IN 46204

Defendant 3 is Warren County Prosecuting Attorney John A. Larson whose mailing address is P.O. Box 96, Williamsport, IN 47993-0096

Defendant 4 is Warren County Probation Agent Amanda K. Burton whose mailing address is 125 North Monroe Street, Room 4, Williamsport, IN 47993-1162.

Defendant 5 is Tatianna M. Peterson whose mailing address is 2793 East 1400 North, Attica, IN 47918

Defendant 6 is Caleb Claybaugh, who works for Farmers Insurance and whose mailing address is P.O. Box 268994, Oklahoma City, OK 73126

Defendant 7 is James Collins who works for Recovery Partners, LLC whose address is P.O. Box 940, Scottsdale, AZ 85252

B. STATEMENT OF CLAIM

On May 7th of 2021 the plaintiff had a drug induced mental breakdown and went on a spree. The plaintiff allegedly went to his ex-girlfriends house and broke in, set the house on fire and left.
Later he engaged Law Enforcement in a high speed pursuit and crashed his car into a church.
Plaintiff was later charged with Burglary, Arson, Eluding law enforcement and invasion of privacy.

Facts in this case are as follows:
1. The Plaintiff installed Security Cameras both Inside and outside this home to prevent these incidents from happening. The feeds from the interior security cameras were never admitted as evidence in court for some unknown reason. The cameras in question covered the areas precisely where the fires were started. There were 12 Cameras on this property.(EXHIBIT G)

2. The alleged victim in this case, Defendant 5, Gave the plaintiff keys to th house.

3. Defendant 5 and the plaintiff had engaged in a sexual and romantic relationship for nearly nine months. The Plaintiff had been living in this house for the duration.

4. Defendant 5 mysteriously was able to insure this house using false information. (EXHIBITS G, J)

5. Defendant 5 claimed property that belonged to the plaintiff in her insurance claim. (EXHIBIT K, J)

6. Defendant 2 who is an arson investigator gave false testimony in his officially filed report and the plaintiff can prove that with pictures and videos. (Exhibit H)

7. Defendant 1 seized property belonging to the plaintiff from a private residence without a warrant or the plaintiff's permission and that property has not been returned or listed as evidence in this case.

8. Defendant 1 made accusatory statements in writing for the purposes of the plaintiff's prosecution.

9. Defendant 3 used reports from defendant(s) number 1 and 2 to file the charges on the plaintiff.

10. Defendant 3 either suppressed or failed to persue the interior camera footage from the house in question.

11. Defendant 4 shows severe bias or complete incompetence for her role in this. She not only renamed the plaintiff, but she completely snow jobbed the plaintiff's pre-sentence investigation as a result he is now incarcerated under a new Identity.
(EXHIBIT C, D)

12. Plaintiff can prove his real Identity

13. Plaintiff filed a motion to correct errors in Warren County Circuit Court and Judge Hunter J. Reece has refused to correct the errors to the record.

14. Plaintiff was denied a competency hearing throughout these proceedings despite being mentally ill and drugged on Thorazine for the duration of these proceedings.

15. Warren County Court held a Restitution hearing without me present claiming that I voluntarily signed a waiver of hearing for restitution and recived nearly $50,000.00 in restitution. Allegedly I agreed to this.

16. Plaintiff States that a witness places the Plaintiff's personal property INSIDE the Warren County Sheriff's office and that the plaintiff has still not recieved and type of reciept or notice that his property has been seized and the property has not been returned to the plaintiff.

17. The plaintiff states that he has absolute proof that defendant 2 perjured himself in his report.

18. The plaintiff states that he has requested the footage of the camera system to be reveiwed by him and been denied.

19. The Plaintiff states that he has filed a motion with the courts to recieve his complete file from his attorney Chad Montgomery and the motion has been denied.

20. The Plaintiff states that he has requested the property records for the home in question in order to prove insurance fraud because the home's construction and modifications were illegal and therefore not able to be insured.

21. Plaintiff states that he is currently incarcerated under a false Identity fabricated by the defendant 4 and is definately entitled to have that error corrected.

22. Plaintiff states that he is not going to pay the restitution for a crime he doesnt believe he didnt commit.

23. Plaintiff states that the court itself has committed the act of perjury by showing on the Chronological Case Summary that I was present at the restitution hearing when I most certainly was not. On that basis alone the bias of the court is shown.

24. Plaintiff states that throughout these proceedings he was drugged with Thorazine by the Warren County Jail and refused a competency hearing.

25. Plaintiff states that throughout these proceedings that he had suffered a spinal injury in the crash he was charged with and was refused sufficient mediacl care.

26. Plaintiff states that defendants 6 and 7 permitted defendant 5 to file a fraudulant claim.

C. JURISDICTION

I AM SUING FOR A VIOLATION OF FEDERAL LAW

AND

I AM SUING UNDER STATE LAW. THE STATE CITZENSHIP OF THE PLAINTIFF IS DIFFERENT FROM THE STATE CITIZENSHIP OF EVERY DEFENDANT, AND THE AMOUNT OF MONEY AT STAKE IN THIS CASE IS IN EXCESS OF $50,000.00

D. RELIEF WANTED

1. I want my Personal Property sent to my home in Minnesota. Specifically the property seized by the Warren County Sheriff.

2. I want the money from my personal property that was claimed by Tatianna Peterson.

3. I want ALL the errors in my Pre-Sentence Investigation corrected.

4. I want MY NAME.

5. I want all the records for the house and property in question from the county offices. This means EVERY SINGLE SCRAP OF PAPER REGARDING 3135 North Pine Village Road, Attica, IN.

6. I want the harddrive from the SWANN DVR Camera System analyzed for any tampering or system resets and any and all diagnostics

7. I want all the camera footage from the SWANN DVR. That means ALL the footage on the 500GB Hard disk drive.

8. I want Access to my Google account to retrieve additional Camera footage as well as emails between me and Defendant 5.

9. I want the Arson Investigator's report suppressed since he perjured himself in the report.

10. I want an investigation from an unbiased state agency to investigate Tatianna Peterson for Insurance Fraud.

11. I want a new restitution hearing based on the evidence of the new investigation.

12. I want the Warren County Court to acknowledge their mistakes.

13. I want a jury to decide what further relief and damages I should be entitled to.

E.  JURY DEMAND

[XX] Jury Demand - I want a jury to hear my case
OR

[ ] Court Trial – I want a judge to hear my case

Dated this 8th day of March 20 23.

Respectfully Submitted,

_____
Signature of Plaintiff

Michael Andrew Scuteri  286882
Plaintiff's Prisoner ID Number

Putnamville Correctional Facility
1946 West US Hwy 40
Greencastle, IN 46135
_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F.  OPTIONAL CERTIFICATION

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_____
Signature of Plaintiff

REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE

Complaint - 5

FILING FEE

- [XX] I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

- [ ] I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.